IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JON CARL HERSHEY, | : | 3:12-cv-2265 |
| | : | |
| Plaintiff, | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : : : | |
| | : | |
| Defendant. | : | |

## ORDER

**February 11, 2014**

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Jon Carl Hershey as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Jon Carl Hershey disability and disability insurance benefits is affirmed.

3. The Clerk of Court shall **CLOSE** this case.

s/ John E. Jones III
John E. Jones III
United States District Judge